RECEIVED
MAY 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL ARPIN VAN LINES, INC.<br>Plaintiff | : | |
| VS. | : | C. A. NO. 04-128 S |
| | : | |
| GARY C. DUKE, d/b/a A-DUKE'S<br>MOVING SYSTEMS<br>Defendant | : | |

**STIPULATION OF DISMISSAL**

The parties agree that the above-entitled action is hereby dismissed in its entirety, including any and all cross claims and counterclaims, with prejudice, and with no interest, costs, or attorneys' fees.

Plaintiff,
PAUL ARPIN VAN LINES, INC.

Richard M. Peirce, #0564
Attorneys for Plaintiff
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, Rhode Island 02903
(401) 521-7000

Defendant,
GARY C. DUKE, d/b/a A-DUKE'S
MOVING SYSTEMS

Alan T. Fister
Attorney Pro Hac Vice for
Defendant
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-0175

(OSC)
Steven E. Snow, #1774
Attorneys for Defendant
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, Rhode Island
(401) 861-8200

RECOMMEND APPROVAL:

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: May 31, 2005

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 5/31/05

MAY 23 2005